### ALLEN contᵃ KNIGHT

Jacob Allen plaint. contᵃ Richard Knight & Hannah his wife as Shee is Executrix to the Estate of her former husband Hope Allen deceᵈ Defendᵗ in an accion of reveiw of a case tryed at the last County Court at Boston. 28° January 1678. and for due damages: . . . The Jury . . . found for the plaint. that the sᵈ Knight shall sell the house late belonging to Hope Allen deceᵈ within three months next comming to the best advantage hee can and then shall pay to the plaint. a proportionable share both of the value of the house as it shalbee Sold for and movables as they were apprized, according to will, or otherwise to pay the plaint. Forty five pounds Vizᵗ three fourths in money and one fourth in movables as they were apprized, within four months next comming & costs of Court.

### DOWDEN contᵃ SEDGEWICK

Leonard Dowden plaint. contᵃ Robert Sedgewick Defendᵗ The plaint. withdrew his Accion upon the Defendᵗ his acknowledgemᵗ of a Judgemᵗ in Court.

### TURILL &cᵃ contᵃ ATKINSON

Daniel Turill Senʳ & Thomas Walker Admʳˢ to the Estate of Nathanael Blague deceᵈ plaintˢ on replevin contᵃ Theodore Atkinson Defendᵗ The plᵗˢ withdrew their Accion.

### BENNETT contᵃ MUZZEY

John Bennet & Humphry Davie as Attourny to Elisha Bennet plaintˢ contᵃ Benjamin Muzzey Defendᵗ for not paying the Summe of thirty pounds or thereabouts in money due to the sᵈ John & Elisha for detriment done to them by the sᵈ Muzzey unjustly keeping possession of their Farm the last year past at Rumney Marsh & not giving them Satisfaction; with damages, . . . The Jury . . . found for the plaintˢ twenty pound in money damage & costs of Court.

### HOLMAN contᵃ ADDAMS

Samuel Holman plaint. contᵃ Nathanael Addams junʳ Defendᵗ in an action of debt of Five pounds in money due by bill under the